# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2064

_____

Barry G. Aaron

*Plaintiff - Appellant*

v.

Marshall Dale Reed, Deputy Director; Daryl Golden, Deputy Warden; Floyd McHan, Chief of Building Security; Lieutenant McGee, Building Lieutenant; Sergeant Cook, Building Sergeant; Officer Elkins, Correctional Officer II; Officer Nitzke, Correctional Officer I

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: February 14, 2018
Filed: March 1, 2018
[Unpublished]

_____

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Barry G. Aaron appeals from the order of the District Court[1] granting summary judgment for defendants in his 42 U.S.C. § 1983 action. After de novo review of the record and careful consideration of Aaron's arguments for reversal, we find no basis for overturning the grant of summary judgment. See Murchison v. Rogers, 779 F.3d 882, 886–87 (8th Cir. 2015) (standard of review). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.